No. 11-5084. Jose Francisco Rios, Petitioner v. United States.

565 U.S. 889, 132 S. Ct. 267, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5347.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 636 F.3d 168.

No. 11-5085. Gerald Smith, Petitioner v. Florida.

565 U.S. 889, 132 S. Ct. 267, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5411.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 64 So. 3d 118.

No. 11-5088. Dustin Ford Briggs, Petitioner v. Pennsylvania.

565 U.S. 889, 132 S. Ct. 267, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5367.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

Same case below, 608 Pa. 430, 12 A.3d 291.

No. 11-5089. Sharu Bey, aka Jeffrey Lewis, Petitioner v. United States.

565 U.S. 889, 132 S. Ct. 267, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5237.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 570.

No. 11-5091. Rodney Jason Berry, Petitioner v. West Virginia.

565 U.S. 889, 132 S. Ct. 267, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5407.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 227 W. Va. 221, 707 S.E.2d 831.

No. 11-5092. Jason Pecci, Petitioner v. Brigham Sloan, Warden, et al.

565 U.S. 889, 132 S. Ct. 267, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5380.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 414 Fed. Appx. 180.

No. 11-5093. John M. Redmond, Jr., Petitioner v. United States.

565 U.S. 889, 132 S. Ct. 268, 181 L. Ed. 2d 157, 2011 U.S. LEXIS 5413.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 418 Fed. Appx. 403.